

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00317-CV

Austin **HELMLE** and Harriet Marmon Helmle,
Appellants

v.

Thomas A. **LAURIN**, individually, Thomas A. Laurin Companies, Elegant Country Homes and
Elegant Country Homes, Inc.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 09-315CCL
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Jason Pulliam, Justice

Delivered and Filed:  July 1, 2015

DISMISSED AND REMANDED FOR RENDITION OF JUDGMENT IN ACCORDANCE
WITH THE PARTIES' SETTLEMENT AGREEMENT

Appellants and Appellees filed a joint motion to dismiss this appeal. The parties request

this court dismiss the appeal, set aside the trial court's judgment without regard to the merits and

remand the case to the trial court for rendition of judgment in accordance with the parties'

settlement agreement.

The motion is granted.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM